FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

97 NOV 25 AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CIVIL ACTION NO. 97-P-2290-NE |
| ) | |
| ALDEXTER HOLLOWAY, ) | |
| ) | |
| Defendant. ) | |

ENTERED

NOV 2 5 1997

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Aldexter Holloway, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on September 5, 1997; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Aldexter Holloway, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Aldexter Holloway is indebted to Plaintiff in the principal sum of $1,523.39, costs of $98.12, court costs of $150.00 pursuant to 28 U S.C. § 2412 (a)(2), accrued interest of $575.56 as of November 14, 1997, plus interest at the prevailing legal rate from the date of judgment.

4. Plaintiff is due to recover from Defendant, Aldexter Holloway, the sum of $2,347.07,

plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the ___25___ day of November, 1997.

_____
UNITED STATES DISTRICT JUDGE